# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY MINJAREZ,<br><br>            Plaintiff,<br><br>     v.<br><br>DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>            Defendants. | Case No. 1:10-cv-01560-LJO-DLB PC<br><br>**ORDER DIRECTING CLERK OF THE COURT TO CLOSE ACTION PURUANT TO  PLAINTIFF'S MOTION TO DISMISS ACTION**<br><br>**(ECF No. 28)** |

Plaintiff Rudy Minjarez ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR").  Plaintiff is proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.  Defendants Allen, Barajas, Cortez, Fidler, Gaona, and Swetalla have appeared in this action.  On August 10, 2012, Plaintiff filed a motion requesting dismissal of this action.  ECF No. 28.  On August 14, 2012, Defendants filed a statement of non-opposition.

The plaintiff may dismiss an action without a court order when the notice is submitted before the opposing party has served an answer or motion for summary judgment.  Fed. R. Civ. P.

1

41(a)(1)(A)(i).  No answer or motion for summary judgment has been served by Defendants.  Accordingly, it is HEREBY ORDERED that:

1. The Clerk of the Court is directed to close this action pursuant to Plaintiff's notice of dismissal; and
2. All other pending motions are denied as moot.

IT IS SO ORDERED.

Dated: __August 20, 2012__                    /s/ Dennis L. Beck
                                            UNITED STATES MAGISTRATE JUDGE