1

2

3

4

5

6

7

8

9

10

11

12

13

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY MINJAREZ, | Case No. 1:10-cv-01560-LJO-DLB PC |
| Plaintiff, | **ORDER DIRECTING CLERK OF THE COURT TO CLOSE ACTION PURUANT TO  PLAINTIFF'S MOTION TO DISMISS ACTION** |
| v. | |
| DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | **(ECF No. 28)** |
| Defendants. | |

14

15

16

17

18

19

20

21      Plaintiff Rudy Minjarez ("Plaintiff") is a prisoner in the custody of the California Department

22   of Corrections and Rehabilitation ("CDCR").  Plaintiff is proceeding pro se and in forma pauperis in

23   this civil action pursuant to 42 U.S.C. § 1983.  Defendants Allen, Barajas, Cortez, Fidler, Gaona, and

24   Swetalla have appeared in this action.  On August 10, 2012, Plaintiff filed a motion requesting

25   dismissal of this action.  ECF No. 28.  On August 14, 2012, Defendants filed a statement of non-

26   opposition.

27      The plaintiff may dismiss an action without a court order when the notice is submitted before

28   the opposing party has served an answer or motion for summary judgment.  Fed. R. Civ. P.

1    41(a)(1)(A)(i).  No answer or motion for summary judgment has been served by Defendants.

2    Accordingly, it is HEREBY ORDERED that:

3         1.   The Clerk of the Court is directed to close this action pursuant to Plaintiff's notice of

4              dismissal; and

5         2.   All other pending motions are denied as moot.

6

7

8    IT IS SO ORDERED.

9    Dated:    **August 20, 2012**                              /s/ *Dennis L. Beck*

10                                                 UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2